UNITED STATES DISTRICT COURT

CENTRAL DISTRICT CALIFORNIA

| | |
|---|---|
| DAVID RAPP,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY OF MONROVIA; CHRIS DONOVAN, in his individual and official capacity; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. CV10 6499-PJW<br><br>[Assigned to Hon. Patrick J. Walsh]<br><br>[PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE<br><br>[Pursuant to FRCP 41(a)]<br><br>Complaint filed: 08/31/2010<br>First Amended Complaint filed: 12/02/2010 |

TO THE COURT AND ALL INTERESTED PARTIES HEREIN:

   IT IS ORDERED that the above-referenced action against Defendants CITY OF MONROVIA and CHRIS DONOVAN is hereby dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a).

DATED: 8/2/12

_____
The Hon. Patrick J. Walsh, Judge