1

2

3      FILED
CLERK, U.S. DISTRICT COURT

4
AUG  2 2012

5

6      CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT CALIFORNIA

10

11   DAVID RAPP,                          )   Case No.CV10 6499-PJW
                                          )
12                    Plaintiff,          )   [Assigned to Hon. Patrick J. Walsh]
                                          )
13   vs.                                  )   ~~[PROPOSED]~~ ORDER RE DISMISSAL OF
                                          )   ACTION WITH PREJUDICE
14   CITY OF MONROVIA; CHRIS              )
     DONOVAN, in his individual and       )
15   official capacity; and DOES 1-10,    )   [Pursuant to FRCP 41(a)]
     inclusive,                           )
16                                        )
                      Defendants.         )
17                                        )
                                          )   Complaint filed: 08/31/2010
18   _____)   First Amended Complaint filed: 12/02/2010

19   TO THE COURT AND ALL INTERESTED PARTIES HEREIN:

20          IT IS ORDERED that the above-referenced action against Defendants CITY OF MONROVIA

21   and CHRIS DONOVAN is hereby dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a).

22   DATED:  8/2/12                        _____
                                           The Hon. Patrick J. Walsh, Judge
23

24

25

26

27

28